**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

KKO
F.#2007R00761

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 15, 2011

<u>By FedEx and ECF</u>

To: All Counsel of Record
    (see attached list of recipients)

   Re: United States v. Courtney Beckford, et al.
       <u>Criminal Docket No. 09-525 (S-1)(DLI)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby produces the following discovery with respect to the above-captioned case.  This letter supplements the discovery letters of October 29, 2009, December 2, 2009, February 18, 2010, October 8, 2010 and December 7, 2010, as well as discovery letters to individual counsel on additional dates as noted on the public docket.  The government reiterates its request for reciprocal discovery.

<u>Documents</u>

   Please find enclosed one compact disc ("CD") bearing Bates number CELL USAO 409.  This CD contains six spreadsheets created by AT&T/Cingular with the following filenames:

   1. 20070118_ZipFraud.csv
   2. Intra_Suspects_070607_Special.xls
   3. Intra_Suspects_010108_010308.xls
   4. Intra_Suspects_030408_030608.xls
   5. July 5 Orders.xls
   6. February 14 Orders.xls

   The enclosed CD is labeled "Confidential" as the above-listed files contain Personal Information as defined in the Protective Order governing discovery in this case.

Discovery Index

      Please find enclosed an updated discovery index.  The index is provided for your convenience and is not evidence in this case.

      If you have any questions or further requests, please do not hesitate to contact me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

              By:      /s/
                     Karin Orenstein
                     Assistant U.S. Attorney
                     (718) 254-6188

Enclosures

cc: Court Clerk (DLI)(by ECF w/o enclosures)

Recipient List

Gary S. Villanueva, Esq.
11 Park Place, suite 1601
New York, NY 10007
212-219-0100
Counsel to defendant Courtney Beckford


Samuel Gregory, Esq.
Samuel Gregory P.C.
45 Main Street, Suite 820
Brooklyn, NY 11201
Counsel to defendant Gabe Beizem


Lawrence Mark Stern, Esq.
100 Hudson Street, #6A
New York, NY 10013
(212) 925-6863
Counsel to defendant Malachi Burris


James Michael Roth, Esq.
Hurwitz Stampur & Roth
299 Broadway, Suite 800
New York, NY 10007
212-619-4240
Counsel to defendant Samuel Burris


Michael O. Hueston, Esq.
Michael Hueston, Attorney at Law
350 Fifth Avenue, Suite 4810
New York, NY 10118
212-643-2900
Counsel to defendant Rawl Davis


Florian Miedel, Esq.
The Law Office of Florian Miedel
111 Broadway, Suite 1401
New York, NY 10006
212-616-3042
Counsel to defendant Carlos Diaz

Sean Hecker, Esq.
Jilan J. Kamal, Esq.
Debevoise & Plimpton LLP
919 Third Avenue, New York, NY 10022
212-909-6052
Counsel to defendant Kevin Easton


Ephraim Savitt, Esq.
260 Madison Avenue, Suite 2200
New York, NY 10016
212-679-4470
Counsel to defendant Lennox Lambert


Joyce B. David, Esq.
16 Court Street, Tower Suite 3604
Brooklyn, New York 11241
718-875-2000
Counsel to defendant Cleveland Oakes


Mitchell A. Golub, Esq.
225 Broadway, Suite 1515
New York, New York 10007
212-693-1000 ext. 12
Counsel to defendant William Perkins


John S. Wallenstein, Esq.
1100 Franklin Avenue, Suite 100
Garden City, NY 11530
516-742-5600
Counsel to defendant Saul Serrano


Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, New York 10451
718-293-1977
Counsel to defendant Wayne White