

**U.S. Department of Justice**

*United States Attorney*
Eastern District of New York

DAS:KKO
F.#2007R00761

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

October 28, 2011

<u>By Mail and ECF</u>

To:  All Counsel of Record
     (see attached list of recipients)

     Re:  United States v. Courtney Beckford, et al.
          <u>Criminal Docket No. 09-525 (S-1)(DLI)</u>

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby produces the following discovery with respect to the above-captioned case.  This letter supplements the discovery letters of October 29, 2009, December 2, 2009, February 18, 2010, October 8, 2010, December 7, 2010 and August 15, 2011, as well as discovery letters to individual counsel on additional dates as noted on the public docket.  The government reiterates its request for reciprocal discovery.

<u>Documents</u>

     Please find enclosed a set of photograph arrays ("photo-arrays"), each containing six photographs, bearing Bates numbers CELL-USAO 410 through 416.  In addition please find enclosed a set of individual photographs bearing Bates numbers CELL-USAO 417-447.

<u>Identification Procedures</u>

     The documents described above were used in connection with pretrial identifications by witnesses, including pretrial identifications of defendants Malachi Burris and Courtney Beckford.  The identification procedures employed were as follows.  Each witness was interviewed separately.  The witness was advised that he or she was about to view a set of photographs that may or may not include a person that the witness recognizes.  The witness was then shown copies of the photo-arrays described above (Bates numbers CELL-USAO 410 through 416) without comment.  The witness was given an opportunity to view the photo arrays and state whether the witness recognized anyone pictured, and if so,

to identify the person(s) the witness recognized. Upon identifying an individual pictured in a photo-array, the witness was then asked to circle the photograph the witness recognized and write the name and/or nickname(s) of the person in the photograph, the witness's own initials and the date of the identification on the copy. Every witness who (1) provided evidence inculpating Malachi Burris and Courtney Beckford, and then (2) viewed the set of photo-arrays using the identification procedures described above, successfully identified Malachi Burris and Courtney Beckford as participants in the charged crime.

      Approximately nine months after one witness identified defendants Malachi Burris and Courtney Beckford using the procedure described above, the same witness was asked to review a series of individual photographs. (Bates numbers CELL-USAO 417 through 447). Before viewing the photographs, the witness was advised that the set may or may not include a person or persons that the witness recognizes. The photographs were then placed in front of the witness one at a time without comment. The witness was given an opportunity to view each photograph and state whether the witness recognized the person in the photograph, and if so, to identify that person. Upon identifying an individual pictured in the set of photographs, the witness was asked to write down the name and/or nickname(s) of the person in the photograph, the witness's own initials and the date of the identification. This witness again identified Malachi Burris and Courtney Beckford as participants in the charged crime.

      If you have any questions or further requests, please do not hesitate to contact me.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

      By:   /s/ Karin Orenstein
           Karin Orenstein
           Assistant U.S. Attorney
           (718) 254-6188

Enclosures

cc: Court Clerk (DLI)(by ECF w/o enclosures)

<u>Recipient List</u>

Gary S. Villanueva, Esq.
11 Park Place, suite 1601
New York, NY 10007
(212) 219-0100
Counsel to defendant Courtney Beckford


Samuel Gregory, Esq.
Samuel Gregory P.C.
45 Main Street, Suite 820
Brooklyn, NY 11201
(718) 222-2992
Counsel to defendant Gabe Beizem


Lawrence Mark Stern, Esq.
100 Hudson Street, #6A
New York, NY 10013
(212) 925-6863
Counsel to defendant Malachi Burris


James Michael Roth, Esq.
Hurwitz Stampur & Roth
299 Broadway, Suite 800
New York, NY 10007
(212) 619-4240
Counsel to defendant Samuel Burris


Michael O. Hueston, Esq.
Michael Hueston, Attorney at Law
350 Fifth Avenue, Suite 4810
New York, NY 10118
(212) 643-2900
Counsel to defendant Rawl Davis


Sean Hecker, Esq.
Jilan J. Kamal, Esq.
Debevoise & Plimpton LLP
919 Third Avenue, New York, NY 10022
(212) 909-6052
Counsel to defendant Kevin Easton

Ephraim Savitt, Esq.
260 Madison Avenue, Suite 2200
New York, NY 10016
(212) 679-4470
Counsel to defendant Lennox Lambert


Joyce B. David, Esq.
16 Court Street, Tower Suite 3604
Brooklyn, New York 11241
(718) 875-2000
Counsel to defendant Cleveland Oakes


Mitchell A. Golub, Esq.
225 Broadway, Suite 1515
New York, New York 10007
(212) 693-1000
Counsel to defendant William Perkins


Raymond L. Colon, Esq.
Law Office of Raymond L. Colon
233 Broadway, 5th Floor
New York, New York 10279
(212) 964-8030
Counsel to defendant Wayne White