**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

DAS:KKO
F.#2007R00761

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

October 28, 2011

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Courtney Beckford, et al.
             Criminal Docket No. 09-525 (S-1)(DLI)

Dear Judge Irizarry:

        The government respectfully submits this letter in
response to defendant Malachi Burris's motion dated October 16,
2011, for disclosure of eyewitness identification procedures and
instructions to witnesses used by the government to obtain
pretrial identifications of Malachi Burris as a participant in
the charged crime.  The government submits that the motion is now
moot in light of the discovery letter filed by the government
today.  A courtesy copy of the government's discovery letter,
with attachments, is enclosed.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

                        By:   /s/ Karin Orenstein
                                Karin Orenstein
                                Assistant U.S. Attorney
                                (718) 254-6188

cc:  Clerk of Court (DLI)(by ECF, w/o enclosures)
     Defense counsel of record (by ECF, w/o enclosures)