

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

PEN:DMP
F.#2007R00761

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

January 2, 2011

By ECF and Email

James Roth, Esq.
Hurwitz Stampur & Roth
299 Broadway, Suite 800
New York, New York 10007

      Re:  United States v. Courtney Beckford, et al.
           Criminal Docket No. 09-525 (S-1)(DLI)

Dear Mr. Roth:

     In the superseding indictment in the above-referenced case, Count Fifteen charges your client Samuel Burris with a substantive count of mail fraud in violation of Title 18, United States Code, Section 1341.  As alleged in paragraph 15 of the superseding indictment, the shipment underlying that mail fraud count was sent from AT&T to 1716 W. Oxford Street, Philadelphia, Pennsylvania.

     Paragraph 15 also recites that the conduct at issue occurred in the Eastern District of New York and elsewhere.  Upon review in preparation for trial, the government has determined that, according to the standard set forth in United States v. Brennan, 183 F.3d 139 (2d Cir. 1999), venue on Count Fifteen lies in the Eastern District of Pennsylvania, and that no act giving rise to venue took place in the Eastern District of New York.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney


        By:        /s/
                Douglas M. Pravda
                Assistant U.S. Attorney
                (718) 254-6268