**GARY S. VILLANUEVA**
ATTORNEY AT LAW
11 PARK PLACE,, SUITE 1601
New York, New York 10007
(212) 219-0100
--------------
Fax (212) 219-3701

June 6, 2012

BY ECF

The Honorable Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

     Re:  United States v. Courtney Beckford, et al., 09 CR 525(S-1)-01 (DLI)

Dear Judge Irizarry,

     I, along with Gary Villanueva, represent the defendant, Courtney H. Beckford, in the above-referenced matter. I am writing to request that Mr. Beckford's sentencing scheduled for June 12, 2012 be adjourned. I make this request for two reasons, (1) we are awaiting additional medical information relevant to 18 U.S.C. § 3553 (a) sentencing factors and (2) I have registered to attend the United States Sentencing Commission Annual National Seminar on the Federal Sentencing Guidelines in New Orleans, Louisiana from June 13 to June 15, 2012. My travel reservations are for the morning of June 12, 2012.

     We have contacted the assistant United States attorney, Karen Orenstein who has no objections to the request for an adjournment. If the Court is available, we respectfully request June 21, 2012 at 4:00 p.m.
I
     Thank you for your consideration.

                                                  Respectfully submitted,

                                                  _/s/__Verena C. Powell_____

                                                  Gary S. Villanueva
                                                  by Verena C. Powell, Esq.
                                                  11 Park Place, Suite 1601
                                                  New York, New York 10007

cc:
AUSA  Karin K. Orenstein, via ECF
Assistant United States

James Roth, Esq., via ECF

Lawrence Stern, Esq., via ECF